IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBY MINNIS,

    Plaintiff,

v.                                CASE NO. 4:17cv168-RH/CAS

ALEXIS J. FINK et al.,

    Defendants.

_____/

## ORDER DISMISSING THE COMPLAINT IN PART

This case is before the court on the magistrate judge's report and recommendation, ECF No. 50. No objections have been filed.

The report and recommendation is accepted. The report and recommendation is adopted as the court's opinion except on the issues of the plaintiff's conspiracy claim under 42 U.S.C. § 1985 and the plaintiff's request to construe the complaint to assert, or for leave to amend to assert, a conspiracy claim under 42 U.S.C. § 1983. The plaintiff has abandoned his § 1985 claim, so further analysis of that claim is unnecessary. Any conspiracy claim under § 1983 would add a label but would otherwise be superfluous. The issue is not what label is attached but whether a defendant took actions or failed to act, either individually or

jointly with others, in a manner sufficient to render the defendant liable for a violation of the plaintiff's constitutional rights. The complaint alleges joint action; calling the joint action a "conspiracy" would make no difference.

For these reasons,

IT IS ORDERED:

1. The report and recommendation is accepted.

2. The motion to dismiss, ECF No. 40, is granted in part and denied in part, as set out in the report and recommendation.

3. The defendants Adams, Herndon, and Hartopp must file answers by August 9, 2018.

4. The case is remanded to the magistrate judgment for further proceedings.

SO ORDERED on July 26, 2018.

s/Robert L. Hinkle<br>
United States District Judge